# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

DEVIN WASHINGTON,           *
                            *
    Plaintiff,          *     CIVIL ACTION NO.: 5:16-cv-37
                            *
v.                          *
                            *
WARDEN THOMAS GRAMIAK; CPT. *
BRIAN ADAMS; DEPUTY WARDEN  *
EDWINA JOHNSON; and LT. WILLIAM *
STEEDLY,                    *
                            *
    Defendants.         *

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (dkt. no. 8), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint **without prejudice** for failure to follow this Court's Orders and failure to prosecute, **DIRECTS** the Clerk of Court to **CLOSE** this case, and

**DENIES** Plaintiff *in forma pauperis* status on appeal.

SO ORDERED, this ___3___ day of __November__, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA